THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRISHA AND STEVEN SILLAVAN, individually and on behalf of their minor children C.S, B.S., and L.S., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES and KATHERINE GRAFF, <br><br> Defendants. | NO. 2:17-CV-01126-RAJ <br><br> ORDER GRANTING STIPULATED MOTION APPOINTING SETTLEMENT GUARDIAN AD LITEM |

**ORDER**

THIS MATTER, having come before the above-entitled Court on the Parties' Stipulated Motion for Appointment of a Settlement Guardian ad Litem, and the Court having reviewed the records and files herein, it is hereby ORDERED that Bruce A. Wolf is appointed Settlement Guardian ad Litem for minor Plaintiffs C.S. and L.S. in the above-captioned matter.

DATED this 20th day of November 2018.

*Richard A. Jones*
_____

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
APPOINTING SETTLEMENT GUARDIAN AD LITEM - 1 of 1
(NO 2:17-CV-01126-RAJ)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax