THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRISHA AND STEVEN SILLAVAN, on behalf of their minor children, C.S., B.S., and L.S.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES and KATHERINE GRAFF,<br><br>Defendants. | NO. 2:17-CV-01126 RAJ<br><br>STIPULATED JUDGMENT AND DISMISSAL AS TO DEFENDANT STATE OF WASHINGTON |

Judgment Summary (RCW 4.64.030):

<u>Judgment Creditor(s)</u>: C.S., B.S., and L.S.

<u>Judgment Creditor(s)' Attorney(s)</u>: Julie Kays and Lincoln Beauregard

Connelly Law Offices, 2301 North 30th Street, Tacoma, WA 98403

<u>Judgment Debtor</u>: State of Washington

<u>Judgment Amount</u>: $3,000,000.00

<u>Pre-Judgment Interest</u>: $ 0

<u>Post-Judgment Interest</u>: $ 0

<u>Taxable Costs and Attorney Fees</u>: $ 0

STIPULATED JUDGMENT AND
DISMISSAL OF STATE OF
WASHINGTON (2:17-CV-01126 RAJ)

1

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1  THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court; and the Plaintiffs, Patrisha and Steven Sillavan, on behalf of their minor children, C.S., and L.S., and their adult child B.S., acting by and through Julie Kays and Lincoln Beauregard, and the Defendants, State of Washington, Katherine Graff, and its Department of Social and Health Services, acting by and through Robert W. Ferguson, Attorney General, Kerri Ann Jorgensen and Matt Janz, Assistant Attorneys General; and these parties having made a stipulation pursuant to RCW 4.92.150, without any admissions of liability, settling and compromising this action against the defendants and allowing for dismissal of this action with prejudice against the Defendant State of Washington, and with a separate dismissal with prejudice having been entered dismissing claims against the individual defendants , and it appearing to the Court, after a review of the files and records herein and statements of counsel in open court, that the total sum of Three Million and No/100 Dollars ($3,000,000.00) payable to Connelly Law Offices in trust for Plaintiffs is a proper and just settlement to be paid by the Defendant, State of Washington, to these Plaintiffs; that, specifically, the settlement amount(s) for each respective Plaintiff shall be equal and distributed to Plaintiffs' attorneys in multiple payments, pursuant to their request; and the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED That the Plaintiffs B.S., C.S., and L.S., shall have judgment against the Defendant State of Washington for the total sum of Three Million and No/100 Dollars ($3,000,000.00). Reasonable attorney's fees and costs found by the court shall be deducted from these gross amounts. Additionally, any liens, subrogated interests, or outstanding medical bills of which Plaintiffs' counsel has actual or constructive notice prior to court approval of this settlement shall be resolved out of these gross amounts, and defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that neither party shall recover against any other party their respective fees, costs, nor interest herein.

STIPULATED JUDGMENT AND
DISMISSAL OF STATE OF
WASHINGTON (2:17-CV-01126 RAJ)

2

**Connelly Law Offices**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That, pursuant to the provisions of RCW 4.92.160, the Defendant, State of Washington, shall make the following payments totaling the sum of Three Million and No/100 Dollars ($3,000,000.00) for the benefit of the Plaintiffs herein as follows:

(1) $1,812,308.82 to the Connelly Law Offices for B.S. share and any liens for B.S., total attorney's fees, SGAL fees, and total costs;

(2) $__TBD_____ to the Connelly Law Offices for liens related to C.S. and L.S. in an amount to be determined;

(3) $___TBD_____ to purchase an annuity for C.S., in an amount to be determined after the settlement of existing liens;

(4) $_____TBD_____ to purchase an annuity for L.S. in an amount to be determined after the settlement of existing liens.

The check set forth in (1) in the amount of $ $1,812,308.82 shall be cut and sent to Connelly Law Offices within 30 calendar days of the date of this order.

The checks set forth in (2), (3), and (4) shall be cut and issued to the appropriate recipients within 30 days of the issuance of a separate order of this Court.

The aforementioned payments will total Three Million and No/100 Dollars ($3,000,000.00) and that upon receipt of proof of said sum the clerk thereof shall forthwith record this judgment as satisfied against the State of Washington.

DATED this 14th day of January, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED JUDGMENT AND
DISMISSAL OF STATE OF
WASHINGTON (2:17-CV-01126 RAJ)

3

**Connelly Law Offices**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax