THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRISHA AND STEVEN SILLAVAN, on behalf of their minor children, C.S., B.S., and L.S.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES and KATHERINE GRAFF,<br><br>Defendants. | NO. 2:17-CV-01126 RAJ<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KATHERINE GRAFF |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Patrisha and Steven Sillavan, on behalf of their minor children, C.S., B.S., and L.S., acting by and through their attorneys Lincoln Beauregard and Julie Kays, and Defendants State of Washington, Department of Social and Health Services and Katherine Graff, acting by and through Robert W. Ferguson, Attorney General, and Kerri Ann Jorgensen and Matthew Janz, Assistant Attorneys General, that the above-entitled action as to Defendant Katherine Graff may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between Plaintiffs and Defendant State of Washington, Department of Social and Health Services.

STIPULATION AND ORDER OF DISMISSAL
RE: KATHERINE GRAFF (2:17-cv-01126 RAJ)

1

**Connelly Law Offices**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendant Katherine Graff shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 14th day of January, 2019.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
RE: KATHERINE GRAFF (2:17-cv-01126 RAJ)

2

**Connelly Law Offices**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax