THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRISHA AND STEVEN SILLAVAN, individually and on behalf of their minor children C.S, B.S., and L.S., <br><br>Plaintiffs, <br><br>v. <br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES and KATHERINE GRAFF, <br><br>Defendants. | NO. 2:17-CV-01126 RAJ <br><br>ORDER OF THE COURT APPROVING MINOR SETTLEMENT |

**ORDER**

THIS MATTER, having come before the above-entitled Court before the Honorable Richard A. Jones, United State Federal District Court, pursuant to the Petition for Approval of Settlement of the claims for C.S. and L.S, both minors. The minors are represented by their attorneys of record, Lincoln C. Beauregard and Julie A. Kays, and by the Court appointed Settlement Guardian Ad Litem, attorney Bruce A. Wolf, of The Law Offices of Bruce A. Wolf, P.S.

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

The Court considered the records and files herein, which include the Stipulated Motion of the Parties jointly requesting the approval of the settlement and the Report of the Settlement Guardian Ad Litem regarding the adequacy of this settlement and was otherwise fully advised in the premises.

NOW, THEREFORE, it is hereby,

ORDERED, ADJUDGED, AND DECREED as follows:

1. The total settlement of $3 million on behalf of B.S., C.S., and L.S., to be divided equally amongst the 3 Plaintiffs as set forth in the Petition for Approval of Settlement, is approved.

2. Either Patrisha Sillavan, as both minor's natural mother, or Steven Sillavan, as both minor's natural father, is authorized to execute a full and complete release of L.S. and C.S' claims.

3. The costs and attorney fees incurred herein are found to be reasonable and are approved as follows: costs in the amount of $11,650.72 and attorney fees in the amount of $1,200,000.00.

4. The Settlement Guardian Ad Litem fees and costs in the amount of $6,812.50 are found to be reasonable and are approved, and the same shall be paid by the Plaintiffs.

5. The State of Washington is directed to disburse the settlement funds as follows:

    a. the Defendant, State of Washington, shall make the following payments totaling the sum of Three Million and No/100 Dollars ($3,000,000.00) for the benefit of the Plaintiffs herein as follows:

    (i) $1,812,308.82 to the Connelly Law Offices for B.S. share and any liens for B.S., total attorney's fees, SGAL fees, and total costs;

    (ii) $__TBD_____ to the Connelly Law Offices for liens related to C.S. and L.S. in an amount to be determined;

ORDER OF THE COURT APPROVING
MINOR SETTLEMENT - 2 of 3
(NO 2:17-CV-01126 RAJ)

**Connelly Law Offices**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

(iii) $___TBD_____ to purchase an annuity for C.S. in an amount to be determined after the settlement of existing liens;

(iv) $_____TBD_____ to purchase an annuity for L.S. in an amount to be determined after the settlement of existing liens.

b. The check set forth in (i) in the amount of $ $1,812,308.82 shall be cut and sent to Connelly Law Offices within 30 calendar days of the date of this order.

c. The checks set forth in (ii), (iii), and (iv) shall be cut and issued to the appropriate recipients within 30 days of the issuance of a separate order of this Court.

d. The aforementioned payments will total Three Million and No/100 Dollars ($3,000,000.00) and that upon receipt of proof of said sum the clerk thereof shall forthwith record this judgment as satisfied against the State of Washington.

6. The Settlement Guardian Ad Litem shall not be discharged until the payments as set forth above with respect to L.S. and C.S. are established by separate order of this Court.

7. The Court approves in full the recommendations of the Settlement Guardian

Ad Litem for the purchase of an annuity for L.S. and C.S. with funds remaining after the satisfaction of liens

DATED this 14th day of January, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF THE COURT APPROVING
MINOR SETTLEMENT - 3 of 3
(NO 2:17-CV-01126 RAJ)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax